IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELOISE DODSON                                                                                                       PLAINTIFF

v.                                             No. 4:06CV00922 JMM

SOCIAL SECURITY ADMINISTRATION                                         DEFENDANT

## **JUDGMENT**

For the reasons stated in the separate order filed this date, the decision of the Commissioner of the Social Security Administration denying plaintiff's claim for supplemental security income benefits is hereby AFFIRMED. Judgment is hereby entered in favor of the Commissioner and plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 13th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE